THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Timothy A.
 Floyd, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2008-UP-079
Submitted February 1, 2008  Filed
 February 6, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor D. Cleary, South Carolina Commission of
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM: Timothy
 Floyd appeals his guilty pleas to
 possession with intent to distribute crack cocaine and possession of
 marijuana.  On appeal, Floyd maintains his guilty pleas failed to conform with
 the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969),
 because the plea court failed to advise him of his right to confront and
 cross-examine witnesses against him.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Floyds appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
ANDERSON, SHORT
 and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.